No. 91–6104. HERBAGE *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 91–6107. HILL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6111. BILLINGS *v.* MARTIN, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 91–6114. LARGO-MONTENEGRO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6115. BROWN ET AL. *v.* CASSCELLS, TRUSTEE FOR CASSCELLS. C. A. 3d Cir. Certiorari denied.

No. 91–6116. MORENO MENDOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6117. LUNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6131. PARIKH *v.* CHOY. C. A. 9th Cir. Certiorari denied.

No. 91–6132. LOS *v.* WARDELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6133. PUCKETT *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 91–6135. ROBBINS *v.* LYNN. C. A. 5th Cir. Certiorari denied.

No. 91–6137. NAVE *v.* DELAWARE. C. A. 3d Cir. Certiorari denied.

No. 91–6144. LOMELINO *v.* MCDONNELL DOUGLAS AIRCRAFT CORP. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–6147. SHELTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6151. HODGES *v.* RAFFERTY, SUPERINTENDENT, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.